Matter of Alderman (2026 NY Slip Op 00763)

Matter of Alderman

2026 NY Slip Op 00763

Decided on February 11, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 11, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., OGDEN, NOWAK, DELCONTE, AND KEANE, JJ. (Filed Dec. 24, 2025.)

&em;

[*1]MATTER OF THE APPLICATION OF STEVEN BOYD ALDERMAN, A DISBARRED ATTORNEY, FOR REINSTATEMENT TO THE PRACTICE OF LAW IN THE STATE OF NEW YORK.

MEMORANDUM AND ORDER
Order entered denying application for reinstatement to the practice of law.